■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TAPIA, Appellant. [952 NYS2d 889]—Judgment, Supreme Court, New York County (Ellen M. Coin, J.), rendered March 29, 2011, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of two years, unanimously affirmed.

Defendant's waiver of his right to appeal was knowing, intelligent and voluntary (*see People v Hidalgo*, 91 NY2d 733 [1998]). As an alternative holding (*see People v Callahan*, 80 NY2d 273, 285 [1992]), we reject defendant's claims on the merits. The record supports the court's imposition of an enhanced sentence based on defendant's failure to complete drug treatment (*see People v Fiammegta*, 14 NY3d 90 [2010]), and we perceive no basis for reducing the sentence. Concur—Tom, J.P., Sweeny, Acosta, DeGrasse and Richter, JJ.